**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CLEOTHER TIDWELL,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-1520** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **CHRISTINE BROWN, *et al.*,** | : | **MAGISTRATE JUDGE SILVAIN** |
| | : | |
| **Defendant.** | : | |

**OPINION & ORDER**

On April 13, 2026, the United States Magistrate Judge issued a **Report and Recommendation** ("R&R") in this case (ECF No. 4), recommending that this Court dismiss Plaintiff's case pursuant to Fed. R. Civ. P. 41(b) due to Plaintiff's failure to comply with the Magistrate's February 25, 2026, Order directing him to: "(1) pay the $405.00 filing fee or request leave to proceed without prepayment of the filing fee, or (2) submit service copies of the complaint or other service documents." (ECF No. 3). The Magistrate Judge also warned Plaintiff that failure to comply would result in dismissal for want of prosecution. (*Id.* at 8). Plaintiff's objection to the R&R was due April 27, 2026, and the Magistrate Judge warned that no further extensions would be granted. (ECF No. 4 at 3). Plaintiff was specifically advised of his right to object to the R&R within fourteen days and of the consequences of his failure to do so. No objection has been filed. This Court has carefully and thoroughly reviewed the R&R, and all other relevant documents in the record, and finds no clear error. Since neither party has objected, and the deadline for such objections elapsed on April 27, 2026, this Court **ACCEPTS** the Magistrate Judge's R&R and **DENIES**

Plaintiff's Motion to File Out of Jurisdiction Grievance (ECF No. 1). This case is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: August 10, 2026**